**EPSTEIN BECKER & GREEN, P.C.**

ATTORNEYS AT LAW
250 PARK AVENUE
NEW YORK, NEW YORK 10177-1211
212.351.4500
FAX: 212.661.0989
WWW.EBGLAW.COM

AIME DEMPSEY
TEL: 212.351.3764
FAX: 212.878.8764
ADEMPSEY@EBGLAW.COM

January 29, 2010

**VIA ECF**

Hon. Ramon E. Reyes
United States Magistrate Judge
United States District Court
   for the Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

    Re:    <u>Willix et al. v. HealthFirst, Inc.</u>, et al. 07-CV-1143 (ENV)(RER)

Dear Judge Reyes:

    We represent the defendants in the above-referenced litigation and respectfully submit this joint discovery status report as requested by the Court.

    The parties stipulated to class and collective certification, and to a notice to be sent to potential class and collection action members, both of which were so ordered by Judge Vitaliano. The notices were sent out by plaintiffs' counsel on January 21, 2010. The opt-in period for the collective action ends on April 6, 2010. Pursuant to the March 31, 2010 deadline for the first phase of discovery, the parties are proceeding with discovery for that phase, and attempting to work through any issues among them. At this time, the parties are hoping to resolve these issues without court intervention.

    The parties respectfully propose that a further status report be submitted to the Court on or before **March 15, 2010.**

    Respectfully submitted,

    Aime Dempsey

ATLANTA • CHICAGO • HOUSTON • LOS ANGELES • MIAMI • NEWARK
NEW YORK • SAN FRANCISCO • STAMFORD • WASHINGTON, DC

NY:4033593v1    EPSTEIN BECKER GREEN WICKLIFF & HALL, P.C. IN TEXAS ONLY