**OUTTEN & GOLDEN LLP**
Adam T. Klein (AK 3293)
Justin M. Swartz (JS 7989)
Rachel Bien (RB 6919)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERTRUDE WILLIX, RAMESH SHAH, and VIKAS BHAT, individually and on behalf all others similarly situated,<br><br>                          Plaintiffs,<br><br>     v.<br><br>HEALTHFIRST, INC., d/b/a HEALTHFIRST and HF MANAGEMENT SERVICES, LLC, d/b/a HEALTHFIRST,<br><br>                          Defendants. | 07-CV-1143 (ENV)(RER)<br><br>**NOTICE OF CONSENT FILING** |

   PLEASE BE ON NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiff(s) hereby file the attached Consent Form(s) for the following person(s):

| | | | |
|---|---|---|---|
| Schoneiska Aulita | Grace L. Davis | Cassandra Jean-Baptiste | Eyron T. Rodriguez |
| Joyce Harriet Brown | Mauricio A. Espinal | Sonia P. Ortiz | Jose A. Rojas |
| Andrea Burch | Michael Flores | Stephen R. Penn | Luisa Santana |
| Victor Clemente | Yonatan Getachew | Daisy Rodriguez | |
| | Fay A. Henry | | |

1

Dated: February 2, 2010

Respectfully submitted,

**OUTTEN & GOLDEN LLP**

By:

/s/ Justin M. Swartz
Justin M. Swartz (JS 7989)

Adam T. Klein (AK 3293)
Justin M. Swartz (JS 7989)
Rachel Bien (RB 6919)
**Outten & Golden LLP**
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  212-245-1000
**Attorneys for Plaintiff and the Putative Class**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

GERTRUDE WILLIX, RAMESH SHAH, and
VIKAS BHAT, individually and on behalf all
others similarly situated,

                Plaintiffs,

v.

HEALTHFIRST, INC., d/b/a HEALTHFIRST;
HF MANAGEMENT SERVICES, LLC, d/b/a
HEALTHFIRST; and HEALTHFIRST PHSP,
INC. d/b/a HEALTHFIRST

                Defendants.

07-CV-1143 (ENV)(RER)

**CONSENT TO JOIN**

---

      I worked for Healthfirst as a PHSP Marketing Representative between March 16, 2004 and October 31, 2007 and I consent to be a party plaintiff in the above-captioned lawsuit in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b). I agree to be represented by the Plaintiffs in this action with respect to matters pertaining to this lawsuit, including, but not limited to, the method and manner of conducting the case and the approval of any settlement. I hereby designate Outten & Golden LLP ("Class Counsel") to represent me in this lawsuit. I agree to be bound to the terms of the Plaintiffs' retainer agreement with Class Counsel, under which Class Counsel may ask the Court to award it up to 33% of any recovery.

_[Signature]_
Signature

Schoneiska Aulita
Full Legal Name (print)

REDACTED
Address

REDACTED
City, State               Zip Code

REDACTED
Telephone Number

---

Approximate Dates of Employment as a PHSP Marketing Representative*

---

    *     Your response may be based on your best recollection. You do not need to provide this information to join the collective.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

GERTRUDE WILLIX, RAMESH SHAH, and
VIKAS BHAT, individually and on behalf all
others similarly situated,

              Plaintiffs,

v.

HEALTHFIRST, INC., d/b/a HEALTHFIRST;
HF MANAGEMENT SERVICES, LLC, d/b/a
HEALTHFIRST; and HEALTHFIRST PHSP,
INC. d/b/a HEALTHFIRST

              Defendants.

07-CV-1143 (ENV)(RER)

**CONSENT TO JOIN**

    I worked for Healthfirst as a PHSP Marketing Representative between March 16, 2004 and October 31, 2007 and I consent to be a party plaintiff in the above-captioned lawsuit in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b). I agree to be represented by the Plaintiffs in this action with respect to matters pertaining to this lawsuit, including, but not limited to, the method and manner of conducting the case and the approval of any settlement. I hereby designate Outten & Golden LLP ("Class Counsel") to represent me in this lawsuit. I agree to be bound to the terms of the Plaintiffs' retainer agreement with Class Counsel, under which Class Counsel may ask the Court to award it up to 33% of any recovery.

_Joyce H. Brown_
Signature

_Joyce Harriet Brown_
Full Legal Name (print)

REDACTED
Address

REDACTED
City, State         Zip Code

REDACTED
Telephone Number

_2006-2007_
Approximate Dates of Employment as a PHSP Marketing Representative*

---

\*   Your response may be based on your best recollection. You do not need to provide this information to join the collective.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

GERTRUDE WILLIX, RAMESH SHAH, and
VIKAS BHAT, individually and on behalf all
others similarly situated,

               Plaintiffs,

v.

HEALTHFIRST, INC., d/b/a HEALTHFIRST;
HF MANAGEMENT SERVICES, LLC, d/b/a
HEALTHFIRST; and HEALTHFIRST PHSP,
INC. d/b/a HEALTHFIRST

               Defendants.

07-CV-1143 (ENV)(RER)

**CONSENT TO JOIN**

    I worked for Healthfirst as a PHSP Marketing Representative between March 16, 2004 and October 31, 2007 and I consent to be a party plaintiff in the above-captioned lawsuit in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b). I agree to be represented by the Plaintiffs in this action with respect to matters pertaining to this lawsuit, including, but not limited to, the method and manner of conducting the case and the approval of any settlement. I hereby designate Outten & Golden LLP ("Class Counsel") to represent me in this lawsuit. I agree to be bound to the terms of the Plaintiffs' retainer agreement with Class Counsel, under which Class Counsel may ask the Court to award it up to 33% of any recovery.

*Andrea Burch*
Signature

*Andrea Burch*
Full Legal Name (print)

REDACTED
Address

REDACTED
City, State                        Zip Code

REDACTED
Telephone Number

*June 5, 2006 until March 25, 2008*
Approximate Dates of Employment as a PHSP Marketing Representative*

*I would like to join the collective*

* Your response may be based on your best recollection. You do not need to provide this information to join the collective.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERTRUDE WILLIX, RAMESH SHAH, and VIKAS BHAT, individually and on behalf all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>HEALTHFIRST, INC., d/b/a HEALTHFIRST; HF MANAGEMENT SERVICES, LLC, d/b/a HEALTHFIRST; and HEALTHFIRST PHSP, INC. d/b/a HEALTHFIRST<br><br>      Defendants. | 07-CV-1143 (ENV)(RER)<br><br><br>**CONSENT TO JOIN** |

  I worked for Healthfirst as a PHSP Marketing Representative between March 16, 2004 and October 31, 2007 and I consent to be a party plaintiff in the above-captioned lawsuit in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b). I agree to be represented by the Plaintiffs in this action with respect to matters pertaining to this lawsuit, including, but not limited to, the method and manner of conducting the case and the approval of any settlement. I hereby designate Outten & Golden LLP ("Class Counsel") to represent me in this lawsuit. I agree to be bound to the terms of the Plaintiffs' retainer agreement with Class Counsel, under which Class Counsel may ask the Court to award it up to 33% of any recovery.

_/s/ Victor R. Clemente_
Signature

VICTOR R. Clemente
Full Legal Name (print)

REDACTED
Address

REDACTED
City, State        Zip Code

REDACTED
Telephone Number

1/2000 — 9/2005
Approximate Dates of Employment as a PHSP Marketing Representative[*]

---

[*] Your response may be based on your best recollection. You do not need to provide this information to join the collective.

1-25-10

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

GERTRUDE WILLIX, RAMESH SHAH, and
VIKAS BHAT, individually and on behalf all
others similarly situated,

                Plaintiffs,

v.

HEALTHFIRST, INC., d/b/a HEALTHFIRST;
HF MANAGEMENT SERVICES, LLC, d/b/a
HEALTHFIRST; and HEALTHFIRST PHSP,
INC. d/b/a HEALTHFIRST

                Defendants.

07-CV-1143 (ENV)(RER)

**CONSENT TO JOIN**

    I worked for Healthfirst as a PHSP Marketing Representative between March 16, 2004 and October 31, 2007 and I consent to be a party plaintiff in the above-captioned lawsuit in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b). I agree to be represented by the Plaintiffs in this action with respect to matters pertaining to this lawsuit, including, but not limited to, the method and manner of conducting the case and the approval of any settlement. I hereby designate Outten & Golden LLP ("Class Counsel") to represent me in this lawsuit. I agree to be bound to the terms of the Plaintiffs' retainer agreement with Class Counsel, under which Class Counsel may ask the Court to award it up to 33% of any recovery.

_Grace L Davis_
Signature

_Grace Lynn Davis_
Full Legal Name (print)

REDACTED
Address

REDACTED
City, State                 Zip Code

REDACTED
Telephone Number

12/19/05 — 1/07 or 2/07
Approximate Dates of Employment as a PHSP Marketing Representative*

---

    * Your response may be based on your best recollection. You do not need to provide this information to join the collective.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERTRUDE WILLIX, RAMESH SHAH, and VIKAS BHAT, individually and on behalf all others similarly situated,<br><br>                       Plaintiffs,<br><br>v.<br><br>HEALTHFIRST, INC., d/b/a HEALTHFIRST; HF MANAGEMENT SERVICES, LLC, d/b/a HEALTHFIRST; and HEALTHFIRST PHSP, INC. d/b/a HEALTHFIRST<br><br>                       Defendants. | 07-CV-1143 (ENV)(RER)<br><br>**CONSENT TO JOIN** |

      I worked for Healthfirst as a PHSP Marketing Representative between March 16, 2004 and October 31, 2007 and I consent to be a party plaintiff in the above-captioned lawsuit in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b). I agree to be represented by the Plaintiffs in this action with respect to matters pertaining to this lawsuit, including, but not limited to, the method and manner of conducting the case and the approval of any settlement. I hereby designate Outten & Golden LLP ("Class Counsel") to represent me in this lawsuit. I agree to be bound to the terms of the Plaintiffs' retainer agreement with Class Counsel, under which Class Counsel may ask the Court to award it up to 33% of any recovery.

_____
Signature

MAURICIO A. ESPINAL
Full Legal Name (print)

REDACTED
Address

REDACTED
City, State                   Zip Code

REDACTED
Telephone Number

REDACTED
Approximate Dates of Employment as a PHSP Marketing Representative[*]

---

[*] Your response may be based on your best recollection. You do not need to provide this information to join the collective.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

GERTRUDE WILLIX, RAMESH SHAH, and
VIKAS BHAT, individually and on behalf all
others similarly situated,

                Plaintiffs,

    v.

HEALTHFIRST, INC., d/b/a HEALTHFIRST;
HF MANAGEMENT SERVICES, LLC, d/b/a
HEALTHFIRST; and HEALTHFIRST PHSP,
INC. d/b/a HEALTHFIRST

                Defendants.

07-CV-1143 (ENV)(RER)

**CONSENT TO JOIN**

      I worked for Healthfirst as a PHSP Marketing Representative between March 16, 2004 and October 31, 2007 and I consent to be a party plaintiff in the above-captioned lawsuit in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b). I agree to be represented by the Plaintiffs in this action with respect to matters pertaining to this lawsuit, including, but not limited to, the method and manner of conducting the case and the approval of any settlement. I hereby designate Outten & Golden LLP ("Class Counsel") to represent me in this lawsuit. I agree to be bound to the terms of the Plaintiffs' retainer agreement with Class Counsel, under which Class Counsel may ask the Court to award it up to 33% of any recovery.

_Michael Flores_
Signature

_Michael Flores_
Full Legal Name (print)

REDACTED
Address

REDACTED
City, State            Zip Code

REDACTED
Telephone Number

11-2004 To 09-2005
Approximate Dates of Employment as a PHSP Marketing Representative*

---

*    Your response may be based on your best recollection. You do not need to provide this information to join the collective.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERTRUDE WILLIX, RAMESH SHAH, and VIKAS BHAT, individually and on behalf all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HEALTHFIRST, INC., d/b/a HEALTHFIRST; HF MANAGEMENT SERVICES, LLC, d/b/a HEALTHFIRST; and HEALTHFIRST PHSP, INC. d/b/a HEALTHFIRST<br><br>Defendants. | 07-CV-1143 (ENV)(RER)<br><br>CONSENT TO JOIN |

I worked for Healthfirst as a PHSP Marketing Representative between March 16, 2004 and October 31, 2007 and I consent to be a party plaintiff in the above-captioned lawsuit in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b). I agree to be represented by the Plaintiffs in this action with respect to matters pertaining to this lawsuit, including, but not limited to, the method and manner of conducting the case and the approval of any settlement. I hereby designate Outten & Golden LLP ("Class Counsel") to represent me in this lawsuit. I agree to be bound to the terms of the Plaintiffs' retainer agreement with Class Counsel, under which Class Counsel may ask the Court to award it up to 33% of any recovery.

_/s/ Yonatan Getachew_
Signature

YONATAN GETACHEW
Full Legal Name (print)

REDACTED
Address

REDACTED
City, State                              Zip Code

REDACTED
Telephone Number

~ October 2006 – February 2007
Approximate Dates of Employment as a PHSP Marketing Representative*

---

*   Your response may be based on your best recollection. You do not need to provide this information to join the collective.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

GERTRUDE WILLIX, RAMESH SHAH, and
VIKAS BHAT, individually and on behalf all
others similarly situated,

                Plaintiffs,

    v.

HEALTHFIRST, INC., d/b/a HEALTHFIRST;
HF MANAGEMENT SERVICES, LLC, d/b/a
HEALTHFIRST; and HEALTHFIRST PHSP,
INC. d/b/a HEALTHFIRST

                Defendants.

07-CV-1143 (ENV)(RER)

**CONSENT TO JOIN**

    I worked for Healthfirst as a PHSP Marketing Representative between March 16, 2004 and October 31, 2007 and I consent to be a party plaintiff in the above-captioned lawsuit to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 1. I agree to be represented by the Plaintiffs in this action with respect to matters pertaining to this lawsuit, including, but not limited to, the method and manner of conducting the case and the approval of any settlement. I hereby designate Outten & Golden LLP ("Class Counsel") to represent me in this lawsuit. I agree to be bound to the terms of the Plaintiffs' retainer agreement with Class Counsel, under which Class Counsel may ask the Court to award it up to 33% of any recovery.

_Fay A Henry_
Signature

FAY A HENRY
Full Legal Name (print)

REDACTED
Address

REDACTED
City, State / / Zip Code

REDACTED
Telephone Number

06 2002
Approximate Dates of Employment as a PHSP Marketing Representative*

---

*    Your response may be based on your best recollection. You do not need to provide this information to join the collective.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

GERTRUDE WILLIX, RAMESH SHAH, and
VIKAS BHAT, individually and on behalf all
others similarly situated,

                        Plaintiffs,

    v.

HEALTHFIRST, INC., d/b/a HEALTHFIRST;
HF MANAGEMENT SERVICES, LLC, d/b/a
HEALTHFIRST; and HEALTHFIRST PHSP,
INC. d/b/a HEALTHFIRST

                        Defendants.

07-CV-1143 (ENV)(RER)

**CONSENT TO JOIN**

I worked for Healthfirst as a PHSP Marketing Representative between March 16, 2004 and October 31, 2007 and I consent to be a party plaintiff in the above-captioned lawsuit in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b). I agree to be represented by the Plaintiffs in this action with respect to matters pertaining to this lawsuit, including, but not limited to, the method and manner of conducting the case and the approval of any settlement. I hereby designate Outten & Golden LLP ("Class Counsel") to represent me in this lawsuit. I agree to be bound to the terms of the Plaintiffs' retainer agreement with Class Counsel, under which Class Counsel may ask the Court to award it up to 33% of any recovery.

_Cassandra Jean-Baptiste_
Signature

_Cassandra Jean-Baptiste_
Full Legal Name (print)

REDACTED
Address

REDACTED
City, State                      Zip Code

REDACTED
Telephone Number

_01/28/2006 – 04/08/2006_
Approximate Dates of Employment as a PHSP Marketing Representative[*]

---

[*] Your response may be based on your best recollection. You do not need to provide this information to join the collective.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

GERTRUDE WILLIX, RAMESH SHAH, and
VIKAS BHAT, individually and on behalf all
others similarly situated,

            Plaintiffs,

v.

HEALTHFIRST, INC., d/b/a HEALTHFIRST;
HF MANAGEMENT SERVICES, LLC, d/b/a
HEALTHFIRST; and HEALTHFIRST PHSP,
INC. d/b/a HEALTHFIRST

            Defendants.

07-CV-1143 (ENV)(RER)

**CONSENT TO JOIN**

    I worked for Healthfirst as a PHSP Marketing Representative between March 16, 2004 and October 31, 2007 and I consent to be a party plaintiff in the above-captioned lawsuit in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b). I agree to be represented by the Plaintiffs in this action with respect to matters pertaining to this lawsuit, including, but not limited to, the method and manner of conducting the case and the approval of any settlement. I hereby designate Outten & Golden LLP ("Class Counsel") to represent me in this lawsuit. I agree to be bound to the terms of the Plaintiffs' retainer agreement with Class Counsel, under which Class Counsel may ask the Court to award it up to 33% of any recovery.

_/s/ Sonia P. Ortiz_
Signature

SONIA P. ORTIZ
Full Legal Name (print)

REDACTED
Address

REDACTED
City, State              Zip Code

REDACTED
Telephone Number

3/29/2004 – 3/1/2006
Approximate Dates of Employment as a PHSP Marketing Representative[*]

---

[*]     Your response may be based on your best recollection. You do not need to provide this information to join the collective.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERTRUDE WILLIX, RAMESH SHAH, and VIKAS BHAT, individually and on behalf all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>HEALTHFIRST, INC., d/b/a HEALTHFIRST; HF MANAGEMENT SERVICES, LLC, d/b/a HEALTHFIRST; and HEALTHFIRST PHSP, INC. d/b/a HEALTHFIRST<br><br>    Defendants. | 07-CV-1143 (ENV)(RER)<br><br>**CONSENT TO JOIN** |

    I worked for Healthfirst as a PHSP Marketing Representative between March 16, 2004 and October 31, 2007 and I consent to be a party plaintiff in the above-captioned lawsuit in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b). I agree to be represented by the Plaintiffs in this action with respect to matters pertaining to this lawsuit, including, but not limited to, the method and manner of conducting the case and the approval of any settlement. I hereby designate Outten & Golden LLP ("Class Counsel") to represent me in this lawsuit. I agree to be bound to the terms of the Plaintiffs' retainer agreement with Class Counsel, under which Class Counsel may ask the Court to award it up to 33% of any recovery.

_/s/ Stephen R. Penn_
Signature

Stephen R. Penn
Full Legal Name (print)

REDACTED
Address

REDACTED
City, State          Zip Code

REDACTED
Telephone Number

_____
Approximate Dates of Employment as a PHSP Marketing Representative*

---

\*    Your response may be based on your best recollection. You do not need to provide this information to join the collective.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

GERTRUDE WILLIX, RAMESH SHAH, and
VIKAS BHAT, individually and on behalf all
others similarly situated,

                Plaintiffs,

v.

HEALTHFIRST, INC., d/b/a HEALTHFIRST;
HF MANAGEMENT SERVICES, LLC, d/b/a
HEALTHFIRST; and HEALTHFIRST PHSP,
INC. d/b/a HEALTHFIRST

                Defendants.

07-CV-1143 (ENV)(RER)

**CONSENT TO JOIN**

     I worked for Healthfirst as a PHSP Marketing Representative between March 16, 2004 and October 31, 2007 and I consent to be a party plaintiff in the above-captioned lawsuit in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b). I agree to be represented by the Plaintiffs in this action with respect to matters pertaining to this lawsuit, including, but not limited to, the method and manner of conducting the case and the approval of any settlement. I hereby designate Outten & Golden LLP ("Class Counsel") to represent me in this lawsuit. I agree to be bound to the terms of the Plaintiffs' retainer agreement with Class Counsel, under which Class Counsel may ask the Court to award it up to 33% of any recovery.

_____
Signature

Daisy Rodriguez
Full Legal Name (print)

REDACTED
Address

REDACTED
City, State                    Zip Code

REDACTED
Telephone Number

2005 – 2006
Approximate Dates of Employment as a PHSP Marketing Representative*

---

*    Your response may be based on your best recollection. You do not need to provide this information to join the collective.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

GERTRUDE WILLIX, RAMESH SHAH, and
VIKAS BHAT, individually and on behalf all
others similarly situated,

      Plaintiffs,

v.

HEALTHFIRST, INC., d/b/a HEALTHFIRST;
HF MANAGEMENT SERVICES, LLC, d/b/a
HEALTHFIRST; and HEALTHFIRST PHSP,
INC. d/b/a HEALTHFIRST

      Defendants.

07-CV-1143 (ENV)(RER)

**CONSENT TO JOIN**

I worked for Healthfirst as a PHSP Marketing Representative between March 16, 2004 and October 31, 2007 and I consent to be a party plaintiff in the above-captioned lawsuit in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b). I agree to be represented by the Plaintiffs in this action with respect to matters pertaining to this lawsuit, including, but not limited to, the method and manner of conducting the case and the approval of any settlement. I hereby designate Outten & Golden LLP ("Class Counsel") to represent me in this lawsuit. I agree to be bound to the terms of the Plaintiffs' retainer agreement with Class Counsel, under which Class Counsel may ask the Court to award it up to 33% of any recovery.

_Eyron T. Rodriguez_
Signature

EYRON T. RODRIGUEZ
Full Legal Name (print)

REDACTED
Address

REDACTED
City, State     Zip Code

REDACTED
Telephone Number

January 2007 - August 2007
Approximate Dates of Employment as a PHSP Marketing Representative*

---

\*  Your response may be based on your best recollection. You do not need to provide this information to join the collective.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

GERTRUDE WILLIX, RAMESH SHAH, and
VIKAS BHAT, individually and on behalf all
others similarly situated,

      Plaintiffs,

v.

HEALTHFIRST, INC., d/b/a HEALTHFIRST;
HF MANAGEMENT SERVICES, LLC, d/b/a
HEALTHFIRST; and HEALTHFIRST PHSP,
INC. d/b/a HEALTHFIRST

      Defendants.

07-CV-1143 (ENV)(RER)

**CONSENT TO JOIN**

  I worked for Healthfirst as a PHSP Marketing Representative between March 16, 2004 and October 31, 2007 and I consent to be a party plaintiff in the above-captioned lawsuit in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b). I agree to be represented by the Plaintiffs in this action with respect to matters pertaining to this lawsuit, including, but not limited to, the method and manner of conducting the case and the approval of any settlement. I hereby designate Outten & Golden LLP ("Class Counsel") to represent me in this lawsuit. I agree to be bound to the terms of the Plaintiffs' retainer agreement with Class Counsel, under which Class Counsel may ask the Court to award it up to 33% of any recovery.

_____
Signature

Jose A. Rojas
Full Legal Name (print)

REDACTED
Address

REDACTED
City, State      Zip Code

REDACTED
Telephone Number

Unable To Re-call actual time.
Approximate Dates of Employment as a PHSP Marketing Representative*

---

* Your response may be based on your best recollection. You do not need to provide this information to join the collective.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERTRUDE WILLIX, RAMESH SHAH, and VIKAS BHAT, individually and on behalf all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>HEALTHFIRST, INC., d/b/a HEALTHFIRST; HF MANAGEMENT SERVICES, LLC, d/b/a HEALTHFIRST; and HEALTHFIRST PHSP, INC. d/b/a HEALTHFIRST<br><br>      Defendants. | 07-CV-1143 (ENV)(RER)<br><br>CONSENT TO JOIN |

  I worked for Healthfirst as a PHSP Marketing Representative between March 16, 2004 and October 31, 2007 and I consent to be a party plaintiff in the above-captioned lawsuit in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b). I agree to be represented by the Plaintiffs in this action with respect to matters pertaining to this lawsuit, including, but not limited to, the method and manner of conducting the case and the approval of any settlement. I hereby designate Outten & Golden LLP ("Class Counsel") to represent me in this lawsuit. I agree to be bound to the terms of the Plaintiffs' retainer agreement with Class Counsel, under which Class Counsel may ask the Court to award it up to 33% of any recovery.

_____
Signature

Luisa SANTANA
Full Legal Name (print)

REDACTED
Address

REDACTED
City, State     Zip Code

REDACTED
Telephone Number

June 2006 - July 2009
Approximate Dates of Employment as a PHSP Marketing Representative*

---

 * Your response may be based on your best recollection. You do not need to provide this information to join the collective.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

CERTIFICATE OF SERVICE
Healthfirst, Inc.
Case No. 07-CV-1143 (ENV)(RER)

I hereby certify that on February 2, 2010, I caused the following document(s):

Notice of Consent Filing

to be filed electronically with the Clerk of Court through ECF.

| Dated: February 2, 2010 | OUTTEN & GOLDEN LLP |
|---|---|
| | s/Olivia J. Quinto-Reyes |
| | Olivia J. Quinto-Reyes<br>Paralegal<br>3 Park Avenue, 29th Floor<br>New York, NY 10016<br>T: (212) 245-1000<br>F: (212) 977-4005 |