**OUTTEN & GOLDEN LLP**
Adam T. Klein (AK 3293)
Justin M. Swartz (JS 7989)
Rachel Bien (RB 6919)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERTRUDE WILLIX, RAMESH SHAH, and VIKAS BHAT, individually and on behalf all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HEALTHFIRST, INC., d/b/a HEALTHFIRST and HF MANAGEMENT SERVICES, LLC, d/b/a HEALTHFIRST,<br><br>Defendants. | 07-CV-1143 (ENV)(RER)<br><br>**NOTICE OF CONSENT FILING** |

PLEASE BE ON NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiff(s) hereby file the attached Consent Form(s) for the following person(s):

Maribel Almonte
Don Bethany
Ronald Chalhon
Cristina De la Cruz
Monica Demmie
Amado Hernandez
Tamecka Holloway
Kingsley Ozigbo
Petal Prince
Enriz Ramirez
Zenia L. Rubin
Charis Ruebin

1

Dated: February 3, 2010

Respectfully submitted,

**OUTTEN & GOLDEN LLP**

By:

/s/ Justin M. Swartz
Justin M. Swartz (JS 7989)

Adam T. Klein (AK 3293)
Justin M. Swartz (JS 7989)
Rachel Bien (RB 6919)
**Outten & Golden LLP**
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: 212-245-1000
**Attorneys for Plaintiff and the Putative Class**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERTRUDE WILLIX, RAMESH SHAH, and VIKAS BHAT, individually and on behalf all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>HEALTHFIRST, INC., d/b/a HEALTHFIRST; HF MANAGEMENT SERVICES, LLC, d/b/a HEALTHFIRST; and HEALTHFIRST PHSP, INC. d/b/a HEALTHFIRST<br><br>      Defendants. | 07-CV-1143 (ENV)(RER)<br><br>CONSENT TO JOIN |

  I worked for Healthfirst as a PHSP Marketing Representative between March 16, 2004 and October 31, 2007 and I consent to be a party plaintiff in the above-captioned lawsuit in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b). I agree to be represented by the Plaintiffs in this action with respect to matters pertaining to this lawsuit, including, but not limited to, the method and manner of conducting the case and the approval of any settlement. I hereby designate Outten & Golden LLP ("Class Counsel") to represent me in this lawsuit. I agree to be bound to the terms of the Plaintiffs' retainer agreement with Class Counsel, under which Class Counsel may ask the Court to award it up to 33% of any recovery.

_/s/ Maribel Almonte_
Signature

_Maribel Almonte_
Full Legal Name (print)

REDACTED
Address

REDACTED
City, State        Zip Code

REDACTED
Telephone Number

_2/26/07 - 6/30/07_
Approximate Dates of Employment as a PHSP Marketing Representative*

---

 * Your response may be based on your best recollection. You do not need to provide this information to join the collective.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERTRUDE WILLIX, RAMESH SHAH, and VIKAS BHAT, individually and on behalf all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HEALTHFIRST, INC., d/b/a HEALTHFIRST; HF MANAGEMENT SERVICES, LLC, d/b/a HEALTHFIRST; and HEALTHFIRST PHSP, INC. d/b/a HEALTHFIRST<br><br>Defendants. | 07-CV-1143 (ENV)(RER)<br><br>CONSENT TO JOIN |

I worked for Healthfirst as a PHSP Marketing Representative between March 16, 2004 and October 31, 2007 and I consent to be a party plaintiff in the above-captioned lawsuit in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b). I agree to be represented by the Plaintiffs in this action with respect to matters pertaining to this lawsuit, including, but not limited to, the method and manner of conducting the case and the approval of any settlement. I hereby designate Outten & Golden LLP ("Class Counsel") to represent me in this lawsuit. I agree to be bound to the terms of the Plaintiffs' retainer agreement with Class Counsel, under which Class Counsel may ask the Court to award it up to 33% of any recovery.

_[signed]_
Signature

Don Quinton Bethany
Full Legal Name (print)

REDACTED
Address

REDACTED
City, State                    Zip Code

REDACTED
Telephone Number

1/2005 – 5/2005
Approximate Dates of Employment as a PHSP Marketing Representative*

---

\* Your response may be based on your best recollection. You do not need to provide this information to join the collective.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

GERTRUDE WILLIX, RAMESH SHAH, and
VIKAS BHAT, individually and on behalf all
others similarly situated,

                Plaintiffs,

v.

HEALTHFIRST, INC., d/b/a HEALTHFIRST;
HF MANAGEMENT SERVICES, LLC, d/b/a
HEALTHFIRST; and HEALTHFIRST PHSP,
INC. d/b/a HEALTHFIRST

                Defendants.

07-CV-1143 (ENV)(RER)

**CONSENT TO JOIN**

    I worked for Healthfirst as a PHSP Marketing Representative between March 16, 2004 and October 31, 2007 and I consent to be a party plaintiff in the above-captioned lawsuit in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b). I agree to be represented by the Plaintiffs in this action with respect to matters pertaining to this lawsuit, including, but not limited to, the method and manner of conducting the case and the approval of any settlement. I hereby designate Outten & Golden LLP ("Class Counsel") to represent me in this lawsuit. I agree to be bound to the terms of the Plaintiffs' retainer agreement with Class Counsel, under which Class Counsel may ask the Court to award it up to 33% of any recovery.

_Ronald Chalhon_ (signature)
Signature

RONALD CHALHON
Full Legal Name (print)

REDACTED
Address

REDACTED
City, State                Zip Code

REDACTED
Telephone Number

U/K
Approximate Dates of Employment as a PHSP Marketing Representative*

2004/5 ?

    * Your response may be based on your best recollection. You do not need to provide this information to join the collective.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERTRUDE WILLIX, RAMESH SHAH, and VIKAS BHAT, individually and on behalf all others similarly situated,<br><br>                          Plaintiffs,<br><br>            v.<br><br>HEALTHFIRST, INC., d/b/a HEALTHFIRST; HF MANAGEMENT SERVICES, LLC, d/b/a HEALTHFIRST; and HEALTHFIRST PHSP, INC. d/b/a HEALTHFIRST<br><br>                          Defendants. | 07-CV-1143 (ENV)(RER)<br><br>CONSENT TO JOIN |

   I worked for Healthfirst as a PHSP Marketing Representative between March 16, 2004 and October 31, 2007 and I consent to be a party plaintiff in the above-captioned lawsuit in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b). I agree to be represented by the Plaintiffs in this action with respect to matters pertaining to this lawsuit, including, but not limited to, the method and manner of conducting the case and the approval of any settlement. I hereby designate Outten & Golden LLP ("Class Counsel") to represent me in this lawsuit. I agree to be bound to the terms of the Plaintiffs' retainer agreement with Class Counsel, under which Class Counsel may ask the Court to award it up to 33% of any recovery.

*/s/ Cristina De La Cruz*
Signature

Cristina De La Cruz
Full Legal Name (print)

REDACTED
Address

REDACTED
City, State                              Zip Code

REDACTED
Telephone Number

January 2006 — March 2006
Approximate Dates of Employment as a PHSP Marketing Representative*

---

   *    Your response may be based on your best recollection. You do not need to provide this information to join the collective.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERTRUDE WILLIX, RAMESH SHAH, and VIKAS BHAT, individually and on behalf all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>HEALTHFIRST, INC., d/b/a HEALTHFIRST; HF MANAGEMENT SERVICES, LLC, d/b/a HEALTHFIRST; and HEALTHFIRST PHSP, INC. d/b/a HEALTHFIRST<br><br>　　　　　　　　　Defendants. | 07-CV-1143 (ENV)(RER)<br><br>CONSENT TO JOIN |

　　　I worked for Healthfirst as a PHSP Marketing Representative between March 16, 2004 and October 31, 2007 and I consent to be a party plaintiff in the above-captioned lawsuit in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b). I agree to be represented by the Plaintiffs in this action with respect to matters pertaining to this lawsuit, including, but not limited to, the method and manner of conducting the case and the approval of any settlement. I hereby designate Outten & Golden LLP ("Class Counsel") to represent me in this lawsuit. I agree to be bound to the terms of the Plaintiffs' retainer agreement with Class Counsel, under which Class Counsel may ask the Court to award it up to 33% of any recovery.

_Monica Dennie_
Signature

MONICA ELENORE DENNIE
Full Legal Name (print)

REDACTED
Address

REDACTED
City, State　　　　　　　　　　　　　Zip Code

REDACTED
Telephone Number

_____
Approximate Dates of Employment as a PHSP Marketing Representative*

July 2006 – Oct 2007

　*Your response may be based on your best recollection. You do not need to provide this information to join the collective.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERTRUDE WILLIX, RAMESH SHAH, and VIKAS BHAT, individually and on behalf all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HEALTHFIRST, INC., d/b/a HEALTHFIRST; HF MANAGEMENT SERVICES, LLC, d/b/a HEALTHFIRST; and HEALTHFIRST PHSP, INC. d/b/a HEALTHFIRST<br><br>Defendants. | 07-CV-1143 (ENV)(RER)<br><br>CONSENT TO JOIN |

I worked for Healthfirst as a PHSP Marketing Representative between March 16, 2004 and October 31, 2007 and I consent to be a party plaintiff in the above-captioned lawsuit in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b). I agree to be represented by the Plaintiffs in this action with respect to matters pertaining to this lawsuit, including, but not limited to, the method and manner of conducting the case and the approval of any settlement. I hereby designate Outten & Golden LLP ("Class Counsel") to represent me in this lawsuit. I agree to be bound to the terms of the Plaintiffs' retainer agreement with Class Counsel, under which Class Counsel may ask the Court to award it up to 33% of any recovery.

_____
Signature

Armado Hernandez
Full Legal Name (print)

REDACTED
_____
Address

REDACTED
_____
City, State                Zip Code

REDACTED
_____
Telephone Number

3/27/2006 - 5/17/2007
_____
Approximate Dates of Employment as a PHSP Marketing Representative*

---

\*   Your response may be based on your best recollection. You do not need to provide this information to join the collective.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERTRUDE WILLIX, RAMESH SHAH, and VIKAS BHAT, individually and on behalf all others similarly situated,<br><br>      Plaintiffs,<br><br> v.<br><br>HEALTHFIRST, INC., d/b/a HEALTHFIRST; HF MANAGEMENT SERVICES, LLC, d/b/a HEALTHFIRST; and HEALTHFIRST PHSP, INC. d/b/a HEALTHFIRST<br><br>      Defendants. | 07-CV-1143 (ENV)(RER)<br><br>CONSENT TO JOIN |

  I worked for Healthfirst as a PHSP Marketing Representative between March 16, 2004 and October 31, 2007 and I consent to be a party plaintiff in the above-captioned lawsuit in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b). I agree to be represented by the Plaintiffs in this action with respect to matters pertaining to this lawsuit, including, but not limited to, the method and manner of conducting the case and the approval of any settlement. I hereby designate Outten & Golden LLP ("Class Counsel") to represent me in this lawsuit. I agree to be bound to the terms of the Plaintiffs' retainer agreement with Class Counsel, under which Class Counsel may ask the Court to award it up to 33% of any recovery.

_____
Signature

_Camecka Holloway_
Full Legal Name (print)

REDACTED
Address

REDACTED
City, State      Zip Code

REDACTED
Telephone Number

_02/06 – 08/06_
Approximate Dates of Employment as a PHSP Marketing Representative*

---

*  Your response may be based on your best recollection. You do not need to provide this information to join the collective.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERTRUDE WILLIX, RAMESH SHAH, and VIKAS BHAT, individually and on behalf all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>HEALTHFIRST, INC., d/b/a HEALTHFIRST; HF MANAGEMENT SERVICES, LLC, d/b/a HEALTHFIRST; and HEALTHFIRST PHSP, INC. d/b/a HEALTHFIRST<br><br>      Defendants. | 07-CV-1143 (ENV)(RER)<br><br>**CONSENT TO JOIN** |

  I worked for Healthfirst as a PHSP Marketing Representative between March 16, 2004 and October 31, 2007 and I consent to be a party plaintiff in the above-captioned lawsuit in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b). I agree to be represented by the Plaintiffs in this action with respect to matters pertaining to this lawsuit, including, but not limited to, the method and manner of conducting the case and the approval of any settlement. I hereby designate Outten & Golden LLP ("Class Counsel") to represent me in this lawsuit. I agree to be bound to the terms of the Plaintiffs' retainer agreement with Class Counsel, under which Class Counsel may ask the Court to award it up to 33% of any recovery.

_____
Signature

Kingsley Ozigbo
_____
Full Legal Name (print)

REDACTED
_____
Address

REDACTED
_____
City, State       Zip Code

REDACTED
_____
Telephone Number

Jan 2005
_____
Approximate Dates of Employment as a PHSP Marketing Representative*

---

 * Your response may be based on your best recollection. You do not need to provide this information to join the collective.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

GERTRUDE WILLIX, RAMESH SHAH, and
VIKAS BHAT, individually and on behalf all
others similarly situated,

                Plaintiffs,

v.

HEALTHFIRST, INC., d/b/a HEALTHFIRST;
HF MANAGEMENT SERVICES, LLC, d/b/a
HEALTHFIRST; and HEALTHFIRST PHSP,
INC. d/b/a HEALTHFIRST

                Defendants.

07-CV-1143 (ENV)(RER)

**CONSENT TO JOIN**

     I worked for Healthfirst as a PHSP Marketing Representative between March 16, 2004 and October 31, 2007 and I consent to be a party plaintiff in the above-captioned lawsuit in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b). I agree to be represented by the Plaintiffs in this action with respect to matters pertaining to this lawsuit, including, but not limited to, the method and manner of conducting the case and the approval of any settlement. I hereby designate Outten & Golden LLP ("Class Counsel") to represent me in this lawsuit. I agree to be bound to the terms of the Plaintiffs' retainer agreement with Class Counsel, under which Class Counsel may ask the Court to award it up to 33% of any recovery.

_Petal M Prince_
Signature

_Petal Prince_
Full Legal Name (print)

REDACTED
Address

REDACTED
City, State                       Zip Code

REDACTED
Telephone Number

_October 2006_
Approximate Dates of Employment as a PHSP Marketing Representative*

---

    *     Your response may be based on your best recollection. You do not need to provide this information to join the collective.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERTRUDE WILLIX, RAMESH SHAH, and VIKAS BHAT, individually and on behalf all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HEALTHFIRST, INC., d/b/a HEALTHFIRST; HF MANAGEMENT SERVICES, LLC, d/b/a HEALTHFIRST; and HEALTHFIRST PHSP, INC. d/b/a HEALTHFIRST<br><br>Defendants. | 07-CV-1143 (ENV)(RER)<br><br>CONSENT TO JOIN |

I worked for Healthfirst as a PHSP Marketing Representative between March 16, 2004 and October 31, 2007 and I consent to be a party plaintiff in the above-captioned lawsuit in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b). I agree to be represented by the Plaintiffs in this action with respect to matters pertaining to this lawsuit, including, but not limited to, the method and manner of conducting the case and the approval of any settlement. I hereby designate Outten & Golden LLP ("Class Counsel") to represent me in this lawsuit. I agree to be bound to the terms of the Plaintiffs' retainer agreement with Class Counsel, under which Class Counsel may ask the Court to award it up to 33% of any recovery.

_/s/ Enriz Ramirez_
Signature

ENRIZ RAMIREZ
Full Legal Name (print)

REDACTED
Address

REDACTED
City, State                    Zip Code

REDACTED
Telephone Number

July 04 – May 05
Approximate Dates of Employment as a PHSP Marketing Representative*

---

\*       Your response may be based on your best recollection. You do not need to provide this information to join the collective.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

GERTRUDE WILLIX, RAMESH SHAH, and
VIKAS BHAT, individually and on behalf all
others similarly situated,

                Plaintiffs,

v.

HEALTHFIRST, INC., d/b/a HEALTHFIRST;
HF MANAGEMENT SERVICES, LLC, d/b/a
HEALTHFIRST; and HEALTHFIRST PHSP,
INC. d/b/a HEALTHFIRST

                Defendants.

07-CV-1143 (ENV)(RER)

CONSENT TO JOIN

      I worked for Healthfirst as a PHSP Marketing Representative between March 16, 2004 and October 31, 2007 and I consent to be a party plaintiff in the above-captioned lawsuit in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b). I agree to be represented by the Plaintiffs in this action with respect to matters pertaining to this lawsuit, including, but not limited to, the method and manner of conducting the case and the approval of any settlement. I hereby designate Outten & Golden LLP ("Class Counsel") to represent me in this lawsuit. I agree to be bound to the terms of the Plaintiffs' retainer agreement with Class Counsel, under which Class Counsel may ask the Court to award it up to 33% of any recovery.

_[signature]_
Signature

Zenia L. Rubin
Full Legal Name (print)

REDACTED
Address

REDACTED
City, State            Zip Code

Telephone Number

February, 2006-June, 2007
Approximate Dates of Employment as a PHSP Marketing Representative[*]

---

[*]    Your response may be based on your best recollection. You do not need to provide this information to join the collective.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERTRUDE WILLIX, RAMESH SHAH, and VIKAS BHAT, individually and on behalf all others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>HEALTHFIRST, INC., d/b/a HEALTHFIRST; HF MANAGEMENT SERVICES, LLC, d/b/a HEALTHFIRST; and HEALTHFIRST PHSP, INC. d/b/a HEALTHFIRST<br><br>       Defendants. | 07-CV-1143 (ENV)(RER)<br><br>CONSENT TO JOIN |

  I worked for Healthfirst as a PHSP Marketing Representative between March 16, 2004 and October 31, 2007 and I consent to be a party plaintiff in the above-captioned lawsuit in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b). I agree to be represented by the Plaintiffs in this action with respect to matters pertaining to this lawsuit, including, but not limited to, the method and manner of conducting the case and the approval of any settlement. I hereby designate Outten & Golden LLP ("Class Counsel") to represent me in this lawsuit. I agree to be bound to the terms of the Plaintiffs' retainer agreement with Class Counsel, under which Class Counsel may ask the Court to award it up to 33% of any recovery.

_[Signature]_
Signature

_Charis Ruebin_
Full Legal Name (print)

REDACTED
Address

REDACTED
City, State          Zip Code

REDACTED
Telephone Number

10/03 – 11/04
Approximate Dates of Employment as a PHSP Marketing Representative*

---

* Your response may be based on your best recollection. You do not need to provide this information to join the collective.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

CERTIFICATE OF SERVICE
Healthfirst, Inc.
Case No. 07-CV-1143 (ENV)(RER)

I hereby certify that on February 3, 2010, I caused the following document(s):

Notice of Consent Filing

to be filed electronically with the Clerk of Court through ECF.

Dated: February 3, 2010                                                 OUTTEN & GOLDEN LLP

                                                                        s/Garrett Kaske

                                                                        Garrett Kaske
                                                                        Paralegal
                                                                        3 Park Avenue, 29th Floor
                                                                        New York, NY 10016
                                                                        T: (212) 245-1000
                                                                        F: (212) 977-4005