IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERTRUDE WILLIX, RAMESH SHAH, and VIKAS BHAT, individually and on behalf all others similarly situated,<br><br>                        Plaintiffs,<br><br>     v.<br><br>HEALTHFIRST, INC., d/b/a HEALTHFIRST; HF MANAGEMENT SERVICES, LLC, d/b/a HEALTHFIRST; and HEALTHFIRST PHSP, INC. d/b/a HEALTHFIRST<br>                        Defendants. | No. 07 Civ. 1143 (RER) |

**NOTICE OF MOTION FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT AND APPROVAL OF THE FLSA SETTLEMENT**

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of the Class Action Settlement and Approval of the FLSA Settlement ("Motion for Final Approval") and in the Declaration of Justin M. Swartz in Support of Plaintiffs' Motion for Final Approval ("Swartz Decl."), Plaintiffs respectfully request that the Court enter an Order:

(1) granting final approval of the Joint Settlement and Release ("Settlement Agreement"), attached as Exhibit A to the Swartz Decl.;

(2) granting approval of the FLSA settlement; and

(3) granting such other, further, or different relief as the court deems just and proper.

Plaintiffs submit a Proposed Order, attached hereto as **Exhibit A**, for the Court's convenience.

Dated: February 8, 2011
      New York, New York

                                Respectfully submitted,
                                **OUTTEN & GOLDEN LLP**

                                */s/ Justin M. Swartz*
                                Justin M. Swartz

                                Justin M. Swartz
                                Rachel Bien
                                Melissa E. Pierre-Louis
                                Michael J. Scimone
                                3 Park Avenue, 29th Floor
                                New York, New York 10016
                                Telephone: (212) 245-1000
                                Facsimile: (212) 977-4005

                                **Attorneys for Plaintiffs and the Class**