IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERTRUDE WILLIX, RAMESH SHAH, and VIKAS BHAT, individually and on behalf all others similarly situated,<br><br>                       Plaintiffs,<br><br>   v.<br><br>HEALTHFIRST, INC., d/b/a HEALTHFIRST; HF MANAGEMENT SERVICES, LLC, d/b/a HEALTHFIRST; and HEALTHFIRST PHSP, INC. d/b/a HEALTHFIRST<br>                       Defendants. | No. 07 Civ. 1143 (RER) |

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Approval of Attorneys' Fees and Reimbursement of Expenses and in the Declaration of Justin M. Swartz in Support of Plaintiffs' Unopposed Motion for Approval of Attorneys' Fees and Reimbursement of Expenses and Unopposed Motion for Service Awards, Plaintiffs respectfully request that the Court enter an Order:

    (1)    awarding Class Counsel attorneys' fees of 33 1/3% of the Settlement Fund;

    (2)    awarding Class Counsel costs of $90,000; and

    (3)    granting such other, further, or different relief as the Court deems just and proper.

Plaintiffs have submitted a Proposed Order, attached to Plaintiffs' Notice of Motion for Final Approval of the Class Action Settlement and Approval of the FLSA Settlement, filed contemporaneously with this Motion, for the Court's convenience.

Dated: February 8, 2011
      New York, New York

                        Respectfully submitted,
                        **OUTTEN & GOLDEN LLP**

                        */s/ Justin M. Swartz*
                        Justin M. Swartz

                        Justin M. Swartz
                        Rachel Bien
                        Melissa E. Pierre-Louis
                        Michael J. Scimone
                        3 Park Avenue, 29th Floor
                        New York, New York 10016
                        Telephone: (212) 245-1000
                        Facsimile: (212) 977-4005

                        **Attorneys for Plaintiffs and the Class**