UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GERTRUDE WILLIX, RAMESH SHAH, and
VIKAS BHAT, individually and on behalf all
others similarly situated,

                      Plaintiffs,

                                                              07-CV-01143 (RER)

   - against -


HEALTHFIRST, INC., d/b/a HEALTHFIRST;
HF MANAGEMENT SERVICES, LLC, d/b/a
HEALTHFIRST; and HEALTHFIRST PHSP,
INC. d/b/a HEALTHFIRST,

                      Defendants.
------------------------------------------------------------x

## FINAL ORDER AND JUDGMENT FOR DISMISSAL
## AND OTHER RELIEF

      Pursuant to paragraph IV(6)(f) of the Court's November 29, 2010 Amended Order Granting Plaintiff's Motion for Preliminary Approval of Class Settlement, and in accordance with Paragraph 2.7 of the Settlement Agreement between the parties; and

      WHEREAS on February 18, 2011 the Court entered an Order Granting Plaintiff's Motions for Final Approval of the Class Action Settlement, Approval of the FLSA Settlement, Approval of Attorneys' Fees and Reimbursements of Expenses, and Class Representative Service Awards;

      IT IS HEREBY ORDERED, ADJUDGED and DECREED that:

      (i) The above-captioned matter is hereby dismissed with prejudice and without costs as against any of the parties;

      (ii) the Stipulation for Tolling Fair Labor Standards Act Statute of Limitations ("Tolling Agreement"), entered into between the parties on July 30, 2007, is hereby deemed null and void, *nunc pro tunc* as of the date of entry of the Tolling Agreement; and

      (iii) each Class Member is hereby enjoined from pursuing any claim released pursuant to Paragraph

3.6 of the Joint Stipulation of Settlement and Release.

    The Court retains jurisdiction over this action for the purpose of enforcing the Settlement Agreement.

The parties shall abide by all terms of the Settlement Agreement and this Order.

    **SO ORDERED.**

Dated: March 1, 2011
       Brooklyn, New York

                        *Ramon E. Reyes, Jr.*
                        **Ramon E. Reyes, Jr.**
                        **United States Magistrate Judge**