March 7, 2011

BROOKLYN OFFICE

United States Disrict Court For the Easrern District of New York
Honorable Ramon E. Reyes Jr. United States Magistrate Judge
225 Cadman Plaza Esst room No. 208
Brooklyn. New York 11201

Re: Willix, et al v. Health First *Inc.. Case No. 07 Civ 1143 (RER)*

*Subject:: Objection To Settlement And request for Formula in the contract to be amended or changed. Section A should be revised and the list of Marketing Representatives involved in this Class Action should have an extensive investigation by authorities of this Court or Attorney General. Taxes should be paid by each of us Tax Payers.*

*Dear Magistrate Judge:*

*Greetings: We respectfully requested to be heard by your magistrate on December 18th 2010; We wrote to Rust Consulting Inc..To be a part of the hearing held on February 18, 2011 . We were totally ignored. Enclosed please find copies of petition letters, a questionable contract with an arbitrary formula where the only beneficiaries of this Class Action are Heath First Inc. ( The Slaves Drivers ) and our own lawyers. (Outten & Golden). The settlement awarded by the Court was $7,5 Million dollars. The 33.33% plus expenses were for out of pocket expenses for Outten & Golden. The way the formula was written, we who worked like slaves, 30-40 hours overtime weekly, are going to receive pennies after Health First Inc. takes the 50% for allegedly paying our taxes. Also the pre-fabricated Class Action List of 2025 <u>Marketing Representatives is false!</u>*
*I worked for Health First Inc. for 55 months from June 01, 2001 to January 31, 2006 . During that period there were only 150 Marketing Representatives in the field. The approximately 350 employees that worked in office including the Telemarketing staff were always paid overtime, the marketing representatives did not receive any such pay.*

*Please advise in writing of your decision.*

*Respectfully yours,*

*Maritza Metral*

*Dilcia Gomez*

*Edwin Castro*

*Claudia Carrion*

cc: *Attorney General: Eric T. Schneiderman*
cc; *Outten & Golden: Michael J. Scimone*
cc: *Governor Andrew Cuomo*
cc: *Rust Consulting* Inc.

Bayside NY 11361

Dec 18th 2010

To: The United States District Court for the Eastern District of New York.

Attn: The Honorable Ramon Reyes Jr. United States Magistrate Judge.

Reference: Willix, et al v. Health First Inc. Case No 07 Civ 1143

Subject: Objection to the Settlement. And request to be part of the Hearing.

Dear Sir your Honorable United States magistrate Judge.

As is well known all ready for all the parties involved in this case. Our fate relies on the well judgment of your Highness and Supreme Order of God for the compensation of unpaid salary and mistreatment while performing Marketing for the above named company.

I will like to go further in explaining the reasons why I disagree with this proposed Settlement.

I did work for this company from June 1st 2001 to January 31st 2006 which is approximately 235 weeks. We had to work every day in average of 2 or 3 hours over time after attending Hospitals or City Sites that the company established at that time in order to maintain the standards of productivity pressed for the company. That is an average of 12 hours per week without counting Saturdays and Sundays that we also worked.

I am considering only as 10 hours in average per week, in my case is 2350 hours in total as the proposed settlement implies an approx of $ 12411.67, now divided by 2350 hours worked in average I will get a total of $ 5.28 per hour earned as over time payment.

I would like to ask to you and any body in this court room if there is any body who could afford to work for 5.28 dollars per hour in United States of North America.

If there is any sense of FAIRNESS we would like to ask you to consider this objection for any other type of formula that translates a better consideration of justice and fairness.

I am also requesting to be part of the Hearing and the opportunity of speak in court about the fairness of this settlement.

Yours Sincerely

Maritza Metral

I worked 4½ = 234 weeks. $12411.67

December 29, 2010

Willix v Healthfirst Claims Administrator
Rush Consulting Inc.
P.O Box 329
M Minneapolis, MN 55440-0329

CaseNo.07Civ.1143

I, Claudia Carrion do not agree with the settlement that the Court is giving us. I have been with Health first for over 2 years and I'm entitled for a better settlement, some employees that have less time than I have been awarded a better settlement, and I believe that this is not justice, I would appreciate a better offer for all my dedicated time with this company. I would like the list of all the Employees that are being compensated because this has to be equally shared.

Very yours,
C. C.
Claudia Carrion

2086 Creston AV 2-G
Bronx, NY 10453
347-634-1102

Claudia Carrion worked for Health First Inc., as a Marketing Representative for 25 months. Her overtime payment is $7,840.29

*[handwritten top left: Eduin Castro W~~ 182 weeks.]*

Eduin G. Castro
127-20 25th Ave
College Point NY 11356

Dec 18th 2010

To:         The United States District Court for the Eastern District of New York.

Attn:       The Honorable Ramon Reyes Jr. United States Magistrate Judge.

Reference:  Willix, et al v. Health First Inc. Case No 07 Civ 1143

Subject:    Objection to the Settlement. And request to be part of the Hearing.

Dear Sir your Honorable United States magistrate Judge.

I will like to go further in explaining the reasons why I disagree with this proposed Settlement.

I did work for this company from December 2000 to June 2004 which is approximately 130 weeks. We had to work every day in average of 2 or 3 hours over time after attending Hospitals or City Sites that the company established at that time in order to maintain the standards of productivity that the company press for. That is an average of 12 hours per week without counting Saturdays and Sundays that we also worked.

I am considering only as 10 hours in average per week, in my case is 1300 hours in total as the proposed settlement implies an approx of $ 4363.53, now divided by 1300 hours worked in average I will get a total of $ 3.37 per hour earned as over time payment.

I would like to ask to you and any body in this court room if there is any body who could afford to work for 3.37 dollars per hour in United States of North America.

If there is any sense of FAIRNESS we would like to ask you to consider this objection for any other type of formula that translates a better consideration of justice and fairness.

I am also requesting to be part of the Hearing and the opportunity of speak in court about the fairness of this settlement.

I am also requesting to be part of the Hearing and the opportunity of speak in court about the fairness of this settlement.

Yours Sincerely
E C.
Eduin G. Castro

*[handwritten note: Edwin Castro worked overtime for 3.5 years. His overtime payment is $ 4,363.53]*

**IMPORTANT LEGAL NOTICE ENCLOSED**

|||||||||||| - 1205
*0001205 8*

CORPA MONCLOVA
137-14A 167ST
JAMAICA, NY 11434

Notice: Corpa Monclova worked as a Marketing Representative for Healthfirst Inc. Approximately 6-8 Months - Her overtime payment is $7,675.000

WILLIX V HEALTHFIRST CLAIMS ADMINISTRATOR
RUST CONSULTING, INC.
P.O. BOX 329
MINNEAPOLIS, MN 55440-0329

**IMPORTANT LEGAL NOTICE ENCLOSED**

*00006750* - 675

DILCIA GOMEZ
279 S 1ST ST APT # 2 B
BROOKLYN, NY 11211

Dilcia Gomez, worked for Health First as a Marketing Representative for 4 years ~~and 6 Months~~. Her overtime payments is ~~$~~ $7,134.84

\* Please see objection letter written Dec. 19, 2010.

How many people are there in the law suit? How are you calculating this payment


*Eduin Castro*
*182 weeks.*

Eduin G. Castro
127-20 25th Ave
College Point NY 11356

Dec 18th 2010

To: The United States District Court for the Eastern District of New York.

Attn: The Honorable Ramon Reyes Jr. United States Magistrate Judge.

Reference: Willix, et al v. Health First Inc. Case No 07 Civ 1143

Subject: Objection to the Settlement. And request to be part of the Hearing.

Dear Sir your Honorable United States magistrate Judge,

I will like to go further in explaining the reasons why I disagree with this proposed Settlement.

I did work for this company from December 2000 to June 2004 which is approximately 130 weeks. We had to work every day in average of 2 or 3 hours over time after attending Hospitals or City Sites that the company established at that time in order to maintain the standards of productivity that the company press for. That is an average of 12 hours per week without counting Saturdays and Sundays that we also worked.

I am considering only as 10 hours in average per week, in my case is 1300 hours in total as the proposed settlement implies an approx of $ 4363.53, now divided by 1300 hours worked in average I will get a total of $ 3.37 per hour earned as over time payment.

I would like to ask to you and any body in this court room if there is any body who could afford to work for 3.37 dollars per hour in United States of North America.

If there is any sense of FAIRNESS we would like to ask you to consider this objection for any other type of formula that translates a better consideration of justice and fairness.

I am also requesting to be part of the Hearing and the opportunity of speak in court about the fairness of this settlement.

I am also requesting to be part of the Hearing and the opportunity of speak in court about the fairness of this settlement.

Yours Sincerely
E C
Eduin G. Castro

*Note: Eduin Castro worked overtime for 3.5 years. His overtime payment is $ 4,363.53*

3/16/11

Karina E. Carrera
00 Devon Terrace
Kearny N.J. 07032
Cell # 917-476-8155

Case # 07 civ. 1143

I Karina E Carrera object to the settlement made by the court of the amount of $993.31 for me and family this is an insult for the amount of time I've worked for "health first" a period of 8 months, I will not sign any documents until i receive a copy of the amounts distributed to the other former employees. I calculated the accurate amount of $13,600 that im entitled to receive in the settlement and not the amount based on a formula created in the settlement of $993.31. I would like for you to address this matter In a fair way, i thank you for your time and patience and will be awaiting for your reply to this letter.

Sincerely,

Note: I just want to stablish the difference !!

Karina E Carrera
Worked for Health First 8 Months.