May 13, 2011

RECEIVED
IN CHAMBERS OF
HON. RAMON E. REYES, JR.
MAY 17 2011
TIME A.M._____
P.M._____

United States District Court For the Eastern District of New York
Honorable Ramon E. Reyes Jr. United States Magistrate Judge
225 Cadman Plaza East Room No. 208
Brooklyn, New York  11201


RE Case No, 07 -Cv-1143

Subject: Requesting a written answer from Magistrate Ramon E. Reyes on the above referred case.


Respectable Magistrate Ramon R. Reyes:


Greetings. Enclosed please finds copies of all the correspondence I have sent to you. Governor, Andrew Cuomo, Rust Consulting Inc .Otten & Golden an appeal and copies of checks that we did not cashed until Justice be done, But we only have 90 days to cash such checks. Our only hope for JUSTICE are YOU Magistrate. Please Help us.

Waiting to hear from you as soon as possible.

[signature]

**Federal Rules of Appellate Procedure Form 1.  Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court.**

United States District Court for the District of
__Eastern District of New York__

File Number __07-CV-1143__

MARITZA Metral, DiLcia Gomez, Flor Caballero, and Kariva Carrero, and individually on behalf all others similarly Situated,

       *Plaintiff,*     )
v.                           )       Notice of Appeal

       *Defendant.*   )
HealthFirst, Inc., t/l/a Healthfirst, HF Management Services, LLC.

Notice is hereby given that __Maritza Metral et al__, (plaintiffs) (defendants) in the above-named case*, hereby appeal to the United States Court of Appeals for the __2nd__ Circuit (from the final judgment) (from an order (describing it)) entered in this action on the __13__ day of __May__, ~~19~~ __2011__

                                     /s/ __Maritza Metral (Pro se)__
                                       Attorney for __Self__
                                       __4011  201 st #C__
                                       Address: __Bayside, NY 11361__

*See Rule 3(c) for permissible ways of identifying appellants