UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN, NEW YORK 11201

CHAMBERS OF
RAMON E. REYES, JR.
MAGISTRATE JUDGE

OFFICIAL BUSINESS

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 22 2011 ★

BROOKLYN OFFICE

$03.290
05/23/2011

CERTIFIED MAIL

7010 1870 0001 7328 2252

Edwin Castro
127-20 25th Avenue
College Point, NY 11356

NIXIE          110   CE   1      01   06/17/11

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 11201          *2809-03854-17-08

MAY 31
JUN 10

COPY

[encrypted/garbled text block]

Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of New York

### Notice of Electronic Filing

The following transaction was entered on 5/20/2011 at 12:49 PM EDT and filed on 5/20/2011
**Case Name:**         Willix v. Healthfirst, Inc.
**Case Number:**       1:07-cv-01143-RER
Filer:
WARNING: CASE CLOSED on 03/01/2011
**Document Number:** 321

**Docket Text:**
ORDER DENYING Motions to Alter or Amend Judgment [315], [316], [317], [318], and [319]. The Clerk of the Court is directed to mail copies of this Order to the Objecting Class Members. Ordered by Magistrate Judge Ramon E. Reyes, Jr on 5/20/2011. (Reyes, Ramon)


1:07-cv-01143-RER Notice has been electronically mailed to:

Adam T. Klein   atk@outtengolden.com, jj@outtengolden.com

Justin Mitchell Swartz jms@outtengolden.com, ljohnson@outtengolden.com, mleung@outtengolden.com, rharriram@outtengolden.com

Seth L. Levine slevine@foley.com

Rachel M. Bien rmb@outtengolden.com, mconnolly@outtengolden.com, mleung@outtengolden.com, rharriram@outtengolden.com, spullman@outtengolden.com

Melissa E Pierre-Louis mpierrelouis@outtengolden.com

Daniel A. Kaplan dkaplan@foley.com, pwright@foley.com

Michael Joseph Scimone mscimone@outtengolden.com

**1:07-cv-01143-RER Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=5/20/2011] [FileNumber=6063304-0]
[5f3df2607c151594a09032750b05ed8e3e6a716acea2f15c1e064d0e085aae9d1b1e7
eba3ddf2ffe1edb0e46a96e7441a4c368900866852eb39cc34ed9a5f62c]]